

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| LOYD STEPHENS and DENISE STEPHENS, | § | No. 08-13-00344-CV |
| | § | Appeal from the |
| Appellants, | § | 96th Judicial District Court |
| v. | § | of Tarrant County, Texas |
| LNV CORPORATION, | § | (TC# 096-258699-12) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF DECEMBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.